# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Nancy J Richards, aka Nancy Richards, aka Nancy Josephine Richards, fka Nancy Boyer, **Debtor 1** | Chapter 7<br><br>Case No. 5:25−bk−02016−MJC |

Social Security No.:
xxx−xx−0426

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: October 24, 2025

**fnldecac** (05/18)