United States Bankruptcy Court

Middle District of Pennsylvania

In re:      Case No. 25-02016-MJC

Nancy J Richards      Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 3
Date Rcvd: Oct 24, 2025      Form ID: 318      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy J Richards, 1158 Wyoming Ave, Exeter, PA 18643-1815 |
| 5732585 | + | Acima Leasing, 9815 S Monroe St, 4th Floor, Sandy, UT 84070-4384 |
| 5727836 | + | Brittany Nicole Weston Esq, Law Offices of Robert S. Gitmeid & Assoc, 3070 Bristol Pike Suite 1-115, Bensalem, PA 19020-5356 |
| 5727838 | + | Cascade Capital Funding, 388 State St, Suite 380, Salem, OR 97301-3389 |
| 5727840 | + | Commonwealth Physician Network, 1099 S Township Blvd, Suite C, Pittston, PA 18640-3247 |
| 5727839 | | Commonwealth Physician Network, PO Box 14000, Belfast, ME 04915-4033 |
| 5727845 | + | Greater Pittston Ambulance, 83 S Main St., Pittston, PA 18640-1700 |
| 5727846 | + | Gregg Lawrence Morris Esq, Patenaude & Felix, APC, 2400 Ansys Dr, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5727847 | + | Lauren Hearst, 1158 Wyoming Ave, Exeter, PA 18643-1815 |
| 5727849 | + | MDK Realty, PO Box 287, Pittston, PA 18640-0287 |
| 5727854 | + | Mychal Thomas Rutkowski Esq, Patenaude & Felix, APC, 2400 Ansys Dr, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5727856 | | Pennsylvania Physician Services, 575 N River St, Wilkes Barre, PA 18764-0001 |
| 5727860 | ++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007 address filed with court:, Remit Corporation, 36 W Main St, Bloomsburg, PA 17815 |
| 5727863 | + | TD Bank/Target, Patenaude & Felix APC, 2400 Ansys Dr Suite 402-B, Canonsburg, PA 15317-0403 |
| 5727866 | + | UFCW Community FCU, 377 Wyoming Ave, PO Box 4258, Wyoming, PA 18644-0258 |
| 5727868 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5727867 | + | United Revenue CLCTN, PO Box 1184, Langhorne, PA 19047-6184 |
| 5727870 | | Verizon, Verizon Wireless, Dallas, TX 75265 |
| 5727871 | + | Wilkes Barre General Hospital, 575 N River St, Wilkes Barre, PA 18764-0001 |
| 5727874 | + | Zip Co US INC, 19 Union Square West 10th Floor, New York, NY 10003-3340 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5727835 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 24 2025 19:00:24 | Affirm, Attn: Bankruptcy Notice, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 5727834 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 24 2025 19:00:36 | Affirm, 650 California St., 12th Floor, San Francisco, CA 94108-2716 |
| 5727837 | + | EDI: CAPITALONE.COM | Oct 24 2025 22:38:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5727841 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 24 2025 18:41:00 | Credit Management Company, 661 Anderson Dr, Suite 110, Pittsburgh, PA 15220-2700 |
| 5727842 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 24 2025 18:41:00 | Dept of Ed/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5727843 | + | EDI: DISCOVER | Oct 24 2025 22:38:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5727844 | | Email/Text: customersupport@elevaterecoveries.com | Oct 24 2025 18:41:00 | Elevate Recoveries, PO Box 910009, Sherman, TX 75091 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5727848 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 18:49:34 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 5727853 | | Email/Text: ml-ebn@missionlane.com | Oct 24 2025 18:40:00 | Mission Lane, PO Box 105286, SW #1340, Atlanta, GA 30348 |
| 5727850 | | Email/Text: MDSBankruptcies@meddatsys.com | Oct 24 2025 18:40:00 | Medical Revenue Service, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5727851 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 24 2025 18:49:24 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5727852 | ^ | MEBN | Oct 24 2025 18:40:01 | Michael F Ratchford Esq, Ratchford Law Group PC, 54 Glenmaura National Blvd Suite 104, Moosic, PA 18507-2161 |
| 5727855 | | Email/Text: inveniobkt@phillips-cohen.com | Oct 24 2025 18:41:00 | PCA Acquisitions V, LLC, 1002 Justison St, Wilmington, DE 19801-5148 |
| 5727857 | ^ | MEBN | Oct 24 2025 18:40:41 | PPL Electric Utilities, PO Box 419054, Saint Louis, MO 63141-9054 |
| 5727858 | | Email/Text: pasi_bankruptcy@chs.net | Oct 24 2025 18:40:00 | Professional Account Services, Inc., PO Box 68, Brentwood, TN 37024 |
| 5727861 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 18:49:33 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5727864 | | EDI: AISTMBL.COM | Oct 24 2025 22:38:00 | TMobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 5727862 | + | EDI: WTRRNBANK.COM | Oct 24 2025 22:38:00 | TD Bank/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 5727869 | | Email/Text: edbknotices@ecmc.org | Oct 24 2025 18:41:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5727872 | + | EDI: COMCASTCBLCENT | Oct 24 2025 22:38:00 | Xfinity, 676 Island Pond Rd, Manchester, NH 03109-5420 |
| 5727873 | + | EDI: COMCASTCBLCENT | Oct 24 2025 22:38:00 | Xfinty, 676 Island Pond Rd, Manchester, NH 03109-5420 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5727859 | *P++ | PROFESSIONAL ACCOUNT SERVICES INC, PO BOX 188, BRENTWOOD TN 37024-0188, address filed with court:, Professional Account Services, Inc., PO Box 68, Brentwood, TN 37024-0068 |
| 5727865 | * | TMobile, PO Box 742596, Cincinnati, OH 45274-2586 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 24, 2025 | Form ID: 318 | Total Noticed: 41 |

Date: Oct 26, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Nancy J Richards usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Nancy J Richards<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0426<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25–bk–02016–MJC | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nancy J Richards
aka Nancy Richards, aka Nancy Josephine Richards, fka Nancy Boyer

10/24/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**